USCA1 Opinion

 

 March 6, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 95-1968 DANI LTEIF, Petitioner, Appellant, v. UNITED STATES OF AMERICA, Respondent, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Raymond J. Pettine, Senior U.S. District Judge] __________________________ ____________________ Before Torruella, Chief Judge ___________ Selya and Cyr, Circuit Judges. ______________ ____________________ Dani Lteif on brief pro se. __________ Sheldon Whitehouse, United States Attorney, and Margaret E. ___________________ ____________ Curran and Kenneth P. Madden, Assistant United States Attorneys, on ______ _________________ brief for appellee. ____________________ ____________________ Per Curiam. The judgment is affirmed substantially for __________ the reasons recited by the magistrate-judge in his report and recommendation dated June 9, 1995, subsequently approved by the district court. We note that a number of claims advanced by petitioner in this court were not included in his 28 U.S.C. 2255 petition. Some of these were raised for the first time in his objections to the magistrate-judge's report; others have been proffered for the first time only on appeal. As a result, none of these contentions is properly before us. See, e.g., Paterson-Leitch Co. v. Massachusetts ___ ____ ____________________ _____________ Munic. Wholesale Elec. Co., 840 F.2d 985, 990-91 (1st Cir. ___________________________ 1988). Each proves to be without merit in any event. Affirmed. See Loc. R. 27.1. ____________________________ -2-